THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

ERIC J. BONETTI          }
                             }

    Plaintiff         }

                             }    Case No.: 1:21-cv-00190-CMH-JFA

v.                     }

                             }

CITY OF ALEXANDRIA ET AL.    }

                             }

    Defendants     }

RECEIVED 2021 SEP 13 PM 2: 15 U.S. COURT OF APPEALS FOURTH CIRCUIT

**MOTION FOR EMERGENCY STAY AND INJUNCTIVE RELIEF**

**COMES NOW PLAINTIFF** Eric J. Bonetti, proceeding pro se in the above matter and requests a stay of proceedings and injunctive relief in proceedings in the case of Bonetti v. Robert H. Malm in the Alexandria Circuit Court on the basis that:

- The discovery protective order issued by Judge Clark violates Plaintiff's First Amendment rights by prohibiting Plaintiff from discussing Malm's perjury before the Virginia and Massachusetts courts.
- The discovery protective order issued by Judge Clark was issued in violation of Plaintiff's rights to due process and the equal protection of the laws, in that Defendant made no showing of any harm, real or prospective, from disclosure of Malm's criminal conduct. Indeed, he did not even attempt to do so. Thus, Clark's order is arbitrary and capricious and fails to pass even a rational basis analysis.
- As an Episcopal priest, Malm is a public figure for First Amendment purposes. Members of the public have a right to know of the Malm's conduct and form their own opinions.
- The court's refusal to compel discovery relating to requests for **which it previously issued an order to compel — one that was ignored by the Defendant —** is arbitrary and capricious, and prevents a fair trial. As such, Plaintiff will suffer irreparable harm if relief is not granted.
- Moreover the order is facially overbroad, for it purports to cover any item referenced in discovery or discussed in trial. Thus it de facto creates a de facto Court of Star Chamber in which decisions are rendered in secret.
- The Court's refusal to enjoin Defendant's witness tampering and threats against the Plaintiff violate Plaintiff's due process and equal process rights.
- Counsel for the Defendant, Wayne Cyron, now is attempting to use the court's discovery order to prevent police investigation of this client's perjury, in violation of public policy.
- Plaintiff did not even receive a signed copy of the order until today, despite requesting same from Defense counsel.
- There exists no other adequate remedy at law, as the US District Court brushed off Plaintiff's request injunctive relief, as has the Alexandria Circuit Court. Moreover, the court's failure to transmit a copy to Plaintiff prevented him from timely appeal.

Signed this 9th day of September, 2021.

Eric J. Bonetti

Pro Se Plaintiff

4129 Fountainside Lane 203

Fairfax VA 22030

703-973-4984

Eric.bonetti@protonmail.com

City of Manassas

Commonwealth of Virginia

The foregoing instrument was acknowledged before me this ___ day of _____, ____ by _____

(Name of person seeking acknowledgment)

Notary Public

Notary registration number: _____

My commission expires: _____

## Certificate of Service

Plaintiff certifies that he has served a copy of this motion on defense counsel this 9th day of September, 2021.

Craig D. Roswell, Esquire (VSB No.: 33901)

Matthew J. Youssef, Esquire (VSB No.: 85339)

NILES, BARTON & WILMER, LLP

111 S. Calvert Street, Suite 1400 Baltimore, Maryland 21202

(410) 783 –6357

(410) 783 –6452

cdroswell@nilesbarton.com

mjyoussef@nilesbarton.com

Counsel for Defendant, Grace Episcopal Church and Episcopal Diocese of Virginia

Wayne F. Cyron, Esquire (VSB No. 12220)

CYRON & MILLER LLP

100 N. Pitt St., Suite 200

Alexandria, VA 22314

703-299-0600

703-299-0603 (fax)

wcyron@cyronmiller.com

Counsel for Defendant, Robert H. Malm

Alexandria City Attorney

301 King Street, Suite 1300

P. O. Box 178

Alexandria, Virginia 22313

George.mcandrews@alexandriava.gov

Commonwealth of Virginia

Office of Attorney General

service@oag.state.va.us

THE CIRCUIT COURT OF THE CITY OF ALEXANDRIA

ERIC J. BONETTI                          }
                                         }
        Plaintiff                        }
                                         }   Case No.: CL 20002206
v.                                       }
                                         }
REVEREND ROBERT HILLER MALM              }
                                         }
        Defendant                        }

**EXCEPTIONS**

**COMES NOW PLAINTIFF** Eric J. Bonetti and makes the following exceptions to the Defendant's proposed

Order of September 9, 2021, which imposes confidentiality on discovery, including testimony,

documents included to or referenced in trial as to Robert Hiller Malm, Leslie Malm, Lindsey Malm

Anders or Eric Bonetti.

Specifically:

- Defendant has made no showing of any implicated privacy or other interest, and made no

    attempt at such showing. As such, the order violates the First Amendment rights of the Plaintiff.

- Requests for an injunction blocking the order have been filed with the Virginia Supreme Court

    and the US Court of Appeals for the Fourth Circuit. Thus, Plaintiff asks that this court stay the

    order until such time as it these courts have ruled on the constitutionality of the order.

- Neither Ms. Anders nor Leslie Malm are parties to the present case, and thus may not be

    included as the court has no jurisdiction over them or their interests, and the order is granted

    without their input or testimony.

- The order is overbroad, extending as it does to courtroom testimony and documents referred to

    in court.

- Plaintiff reserves as rights as to medical privacy.

- The Court's refusal to compel discovery, even in the face of facially evasive and dilatory conduct by the defendant, like claiming his cannot respond to discovery on the basis that the document in question is in possession of his attorney, is arbitrary, capricious, and an abuse of the court's discretion that evinces bias in favor of the defendant.

- The Court's refusal to grant an interlocutory appeal over its refusal to compel discovery will irreparably harm Plaintiff's ability to prepare for trial and constitutes reversible error.

- The court's refusal to grant a protective order to Plaintiff, including over vexatious and harassing discovery questions like details of Plaintiff's late mother's funeral arrangements, is arbitrary and capricious and reflects bias in favor of the Defendant.

Signed this 9th day of September, 2021.

Eric J. Bonetti
Pro Se Plaintiff
4129 Fountainside Lane 203
Fairfax VA 22030
703-973-4984
Eric.bonetti@protonmail.com

## Certificate of Service

Plaintiff certifies that he has served a copy of this motion on defense counsel this 9th day of September per the following:

Craig D. Roswell, Esquire (VSB No.: 33901)
Matthew J. Youssef, Esquire (VSB No.: 85339)
NILES, BARTON & WILMER, LLP
111 S. Calvert Street, Suite 1400 Baltimore, Maryland 21202
(410) 783 –6357
(410) 783 –6452
cdroswell@nilesbarton.com
mjyoussef@nilesbarton.com

Counsel for Defendant, Grace Episcopal Church and Episcopal Diocese of Virginia

Wayne F. Cyron, Esquire (VSB No. 12220)
CYRON & MILLER LLP
100 N. Pitt St., Suite 200
Alexandria, VA 22314
703-299-0600
703-299-0603 (fax)
wcyron@cyronmiller.com
Counsel for Defendant, Robert H. Malm

THE CIRCUIT COURT OF THE CITY OF ALEXANDRIA

ERIC J. BONETTI                  }

          Plaintiff         }

                   }    Case No. CL 20002206

v.                       }

REVEREND ROBERT HILLER MALM   }

          Defendant.     }

## ORDER

This case came on to be heard the 8th day of September, 2021, upon the Plaintiff's Pro Se Motion for a Protective Order of any and all discovery, documents and responses listed in the motion, , argument of Defense Counsel and the Plaintiff .

AND it appearing to the court from the motions presented and argument of counsel for the Defendant and the Plaintiff Pro Se, that the Plaintiff's Motion for a Protective Order should be denied, and that a Confidentiality and a Protective Order agreed upon by Defense counsel should be granted. It is, therefore,

ADJUDGED and ORDERED that the Pro Se Plaintiff's Motion for a Protective Order barring certain Interrogatories and Requests for Production of certain matters itemized in the motion is denied.

And it is further,

ADJUDGED and ORDERED the Court grants the following benefits for the parties pursuant to Va. Sup. Ct. R. 4:1(c):

1. A confidentiality and protective order barring Plaintiff and Defendant from publishing to the public, excluding other parties to the litigation and their attorneys, any and all testimony, discovery information and documents included or referred to in discovery and at trial about Robert Hiller Malm, Leslie Malm, Lindsey Anders or Eric Bonetti, without further order of the court.

2. That the Plaintiff has stated a claim for intentional infliction of emotional distress in the Complaint and Amended Complaint and has therefore waived medical privilege and shall therefore answer the discovery addressing medical issues and produce his medical records, and, answer the discovery addressing family issues and other matters objected to.

3. That Plaintiff's motion for an Order to Compel Discovery Responses by Defendant and to grant an Interlocutory Appeal as set forth in Plaintiff's Reply Brief is denied.

4. That the issue of Plaintiff paying the attorney's fees incurred for the Defendant due to the Plaintiff filing the Motion for the confidentiality and protective order shall be deferred to the conclusion of the case.

Entered this _____ day of September, 2021..

_____
James C. Clark, Judge

I ASK FOR THIS:

_____
Wayne F. Cyron, Esquire (VSB No. 12220)
CYRON & MILLER LLP
100 N. Pitt Street, Suite 200
Alexandria, Virginia 22314-3134
703-299-0600 Telephone
703-299-0603 Facsimile
wcyron@cyronmiller.com
Counsel for ROBERT H. MALM, Defendant

SEEN AND EXCEPTIONS NOTED PER ATTACHED THREE PAGE DOCUMENT:

Eric Bonetti
4129 Fountainside Lane #203
Fairfax, VA  22030
703-973-4698
Eric.bonetti@me.com
Plaintiff

SEEN AND EXCEPTIONS NOTED PER ATTACHED THREE PAGE DOCUMENT:

Eric Bonetti
4129 Fountainside Lane #203
Fairfax, VA  22030
703-973-4698
Eric.bonetti@me.com
Plaintiff

*Eric J. Bonetti*