**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | | |
|---|---|---|
| **ERIC J. BONETTI,** | ) | |
| | ) | |
| **Appellant,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-1820** |
| | ) | |
| **CITY OF ALEXANDRIA, A Municipal** | ) | |
| **Corporation of Virginia,** *et al.* | ) | |
| | ) | |
| **Appellees.** | ) | |

**OPPOSITION OF APPELLEE CITY OF ALEXANDRIA**
**TO PLAINTIFF'S MOTION FOR**
**EMERGENCY STAY AND INJUNCTIVE RELIEF**

COMES NOW appellee City of Alexandria ("City"), a municipal corporation of Virginia, by counsel, and opposes plaintiff's Motion for Emergency Stay and Injunctive Relief ("Motion"), insofar as it pertains to the City.

At the outset, the City wishes to make clear that the Office of the City Attorney does not provide legal counsel to the Alexandria courts (Circuit Court, General District Court and Juvenile and Domestic Relations Court). The City Attorney is "the legal adviser of the council, the city manager, and all departments, boards, commissions and agencies of the city, excluding the school board, in all matters affecting the interest of the city." Alexandria City Charter §11.02(a). Virginia's courts were created by the General Assembly. See Va. Code §16.1-69.7, §16.1-230, and §17.1-500. They operate under the control and direction of the Supreme Court of Virginia. Counsel for the City is not entering an appearance on behalf of the Alexandria Circuit Court or any of its judges. Rather, counsel is submitting this response in compliance with the directive issued by this Court on September 2, 2021. See Document 18.

First, the City opposes the Motion because the relief sought is prohibited by law. Mr. Bonetti asks this Court to enjoin a civil action pending in a Virginia circuit court. A federal court may not grant an injunction to stay proceedings in a state court "except as expressly authorized by Act of Congress, or where necessary in aid of its jurisdiction, or to protect or effectuate its judgments." 28 U.S.C. §2283. The Anti-Injunction Act acts as a limitation on the ability of federal courts to interfere with state judicial systems. Employers Resource Mgt. Co., Inc., v. Shannon, 65 F.3d 1126, 1129 (4th Cir. 1995). Neither Mr. Bonetti's Motion nor the supporting documentation attached to it identifies a federal statute that expressly authorizes this Court to take the action requested. The Motion fails to explain how the requested action is necessary in aid of this Court's jurisdiction. The requested action will not protect or effectuate a judgment of this Court.

Second, the Motion does not seek relief in this pending appeal, or in the underlying litigation that gave rise to this appeal. Rather, it seeks to have this Court intervene in a wholly unrelated civil proceeding. The Motion cites no authority enabling this Court to do so.

In light of the foregoing, Mr. Bonetti's Motion for Emergency Stay and Injunctive Relief must be denied.

**CITY OF ALEXANDRIA, a municipal corporation of Virginia**
**By Counsel**

_____**/S/ George McAndrews**____
Joanna Anderson, City Attorney
George McAndrews, VSB No. 23618
Office of the City Attorney
301 King Street, Suite 1300
Alexandria, Virginia 22314
(703) 746-3750
(703) 838-4810
george.mcandrews@alexandriava.gov
Counsel for Appellee City of Alexandria,
  a municipal corporation of Virginia

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2021, the undersigned electronically filed the foregoing using the CM/ECF system, which sent a notification of electronic filing (NEF) to the following parties and counsel of record:

Craig D. Roswell, Esquire
Matthew J. Youssef, Esquire
Diane DiBlasio, Esquire
Niles, Barton & Wilmer, L.L.P.
111 South Calvert Street, Suite 1400
Baltimore, Maryland 21202
Counsel for Appellees Grace Episcopal
   Church & Episcopal Diocese of Virginia

Wayne F. Cyron, Esquire
Cyron & Miller L.L.P.
100 North Pitt Street
Suite 200
Alexandria, Virginia 23214
Counsel for Appellee Robert H. Malm

I further certify that on this 13th day of September, 2021, the undersigned mailed a copy of the foregoing, by first-class mail with postage prepaid, to:

Eric J. Bonetti
4129 Fountainside Lane
Fairfax, Virginia 22030
Plaintiff *pro se*

_____/S/_____
George McAndrews