## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

ERIC J. BONETTI                              *

    *Appellant,*                         *

v.                                           *        **Case No.: 21-1820**

CITY OF ALEXANDRIA, et al.                   *

                                            *

    *Appellees.*

    *    *    *    *    *    *    *    *    *    *    *    *

## APPELLEES RESPONSE TO MOTION FOR
## EMERGENCY STAY AND INJUNCTIVE RELIEF

On behalf of Appellees the Episcopal Diocese of Virginia[1], St. Gabriel's Episcopal Church, and Episcopal Diocese of Massachusetts and Robert Hiller Malm ("Appellees"), their respective undersigned counsel respond in opposition to Motion for Emergency Stay and Injunctive Relief [16] filed by Appellee Eric J. Bonetti on September 2, 2021 and in support thereof state:

1.      Appellees, in responding to Appellant's Motion for Emergency Stay and Injunctive Relief do not waive any argument that Appellant's underlying appeal is without merit and lacks a justiciable controversy appropriate for this Court, as clearly established in Appellant's own Initial Brief [08].

2.      Appellant's Motion for Emergency Stay and Injunctive Relief [16] should not be granted and must be denied as a matter of law. The entire motion arises out of a Circuit Court ruling in Case Number CL 20002206 sitting in the City of Alexandria for the Commonwealth of Virginia. Any appeal or objection to that Order needed to have been brought through the Virginia

---

[1] Counsel for Episcopal Diocese of Virginia, St. Gabriel's Episcopal Church, and Episcopal Diocese of Massachusetts also represent Grace Episcopal Church, which sits in the Diocese of Virginia and has been a party to prior litigation but was not named in this appeal.

4826-7244-4411, v. 5

Court system or, in some very limited cases not present here, it could be brought to the U.S. District Court. Appellant has established no procedural basis for Appellant to seek redress from this Appellate Court for an Order issued by the Circuit Court for the City of Alexandria, Virginia.

3.      This Court is one of limited jurisdiction. Bartels v. Saber Healthcare Grp., LLC, 880 F.3d 668 (4th Cir. 2018). ("[F]ederal courts, unlike most state courts, are courts of limited jurisdiction, created by Congress with specified jurisdictional requirements and limitations. Accordingly, a party seeking to adjudicate a matter in federal court must allege and, when challenged, must demonstrate the federal court's jurisdiction over the matter.")

4.      Appellant's Motion does not cite to any evidence in the record of this appeal.

5.      Appellees adopt by reference and incorporate fully as if set forth herein the Opposition of Appellee City of Alexandria to Plaintiff's Motion for Emergency Stay and Injunctive Relief [23] and all its arguments.

WHEREFORE, Appellees Episcopal Diocese of Virginia, St. Gabriel's Episcopal Church, and Episcopal Diocese of Massachusetts and Robert Hiller Malm hereby request that this Court deny Appellant's Motion for Emergency Stay and Injunctive Relief and dismiss the underlying appeal still pending before it.

4826-7244-4411, v. 5

Respectfully submitted,


_____/ s / Matthew J. Youssef_____
Matthew J. Youssef, Esquire
Diane E. DiBlasio, Esquire
NILES, BARTON & WILMER, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202
(410) 783 – 6357
(410) 783 – 6452 *facsimile*
mjyoussef@nilesbarton.com
dediblasio@nilesbarton.com
*Counsel for Appellees,*
*Episcopal Diocese of Virginia, Episcopal Diocese*
*of Massachusetts, St. Gabriel's Church*


_____/ s / Wayne F. Cyron_____
Wayne F. Cyron, Esquire
Cyron & Miller, LLP
100 North Pill Street, Suite 200
Alexandria, Virginia 22314
(703) 299-0600
(703) 299-0603 *facsimile*
wcyron@cryonmiller.com
*Counsel for Appellee Reverend Robert H. Malm*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 13, 2021, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and a copy mailed to:

> Eric J. Bonetti
> 4129 Fountainside Lane #203
> Fairfax, VA 22030


_____/ s / Matthew J. Youssef_____
Matthew J. Youssef


4826-7244-4411, v. 5